Craig A. Newby (Nevada Bar No. 8591)
**McDONALD CARANO, LLP**
2300 W. Sahara Ave., Ste. 1200
Las Vegas, NV 89102
Tel. (702) 873-4100
Fax (702) 873-9966
Email: cnewby@mcdonaldcarano.com

John B. Sganga, Jr. (pending *pro hac vice*)
Sean M. Murray (pending pro hac vice
Joshua Stowell (pending *pro hac vice*)
Justin J. Gillett (pending *pro hac vice*)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
Email: john.sganga@knobbe.com
Email: sean.murray@knobbe.com
Email: joshua.stowell@knobbe.com
Email: justin.gillett@knobbe.com

*Attorneys for JS Products, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JS PRODUCTS, INC., a Nevada corporation, <br><br> Plaintiff, <br><br> v. <br><br> ROLLER CLUTCH TOOLS, LLC, a California limited liability company, <br><br> Defendant. | Case No.:_2:17-cv-02615-JAD-GWF <br><br> **STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND TO RESPOND TO MOTION TO ENJOIN ROLLER CLUTCH TOOLS, LLC FROM PROSECUTING ITS CASE AGAINST DEFENDANT BEFORE THE UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF TEXAS** <br><br> **(First Request)** |

///
///
///
///
///

Pursuant to Fed. R. Civ. P. 6(b)(1)(a), Local Rules 6-1 and 6-2, Defendant Roller Clutch Tools, LLC ("Roller Clutch" or "Defendant") has requested, and Plaintiff JS Products, Inc.'s ("JS Products" or "Plaintiff") has agreed to, a thirty (30) day extension of time, until **December 1, 2017**, in which to file its response to Plaintiff's Complaint for Declaratory Judgment and Injunctive Relief, (ECF No. 1) (the "Complaint"). Defendant's response is currently due November 1, 2017.

Defendant has also requested, and Plaintiff has agreed to, a thirty (30) day extension of time, until **December 4, 2017**, in which to file its response to Plaintiff's Motion to Enjoin Roller Clutch Tools, LLC From Prosecuting its Case Against Lowe's Home Centers, LLC Before the United States District Court for the Eastern District of Texas (ECF No. 7) (the "Motion"). Defendant's response is currently due November 3, 2017.

Plaintiff has agreed to Defendant's requests, based on Defendant's stipulation that it will not argue that litigation filed in the United States District Court for the Eastern District of Texas styled *Roller Clutch Tools, LLC v. Lowe's Home Centers, LLC.*, C.A. No. 2:17-cv-00556-JRG, is further advanced than this litigation due to the Court's granting of these extensions of time, or due to activities initiated by Roller Clutch during the time period of the extension. Good cause otherwise exists for this Court to grant the extension, the first requested in this case by either party, because it allows Defendant to obtain required Nevada counsel.

Plaintiff hereby stipulates that Defendant has until **December 1, 2017** to file its response to the Complaint, and until **December 4, 2017** to file its response to the Motion.

| | |
|---|---|
| Dated: November 1, 2017 | MCDONALD CARANO LLP |

 */s/ Craig A. Newby*
Craig A. Newby (Nevada Bar No. 8591)
MCDONALD CARANO LLP
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
Email: cnewby@mcdonaldcarano.com

John B. Sganga, Jr. (pending *pro hac vice*)
Sean M. Murray (pending *pro hac vice*)
Joshua Stowell (pending *pro hac vice*)
Justin J. Gillett (pending *pro hac vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
Email: john.sganga@knobbe.com
Email: sean.murray@knobbe.com
Email: joshua.stowell@knobbe.com
Email: justin.gillett@knobbe.com

**Attorneys for Plaintiff
JS Products, Inc.**


BUETHER JOE & CARPENTER, LLC


 */s/ Michael D. Ricketts*
Michael D. Ricketts, Esq.
(*pro hac vice* to be submitted)
Christopher M. Joe, Esq.
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
Telephone: (214) 730-5653
Mickey.Ricketts@BJCIPLaw.com
Chris.Joe @BJCIPLaw.com

**Attorneys for Defendant
Roller Clutch Tools, LLC**

**ORDER**

**IT IS SO ORDERED** this  2nd   day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE



# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on November 1, 2017, I caused a true and correct copy of the foregoing **STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND TO RESPOND TO MOTION TO ENJOIN ROLLER CLUTCH TOOLS, LLC FROM PROSECUTING ITS CASE AGAINST DEFENDANT BEFORE THE UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF TEXAS**, to be served via the U.S. District Court's Notice of Electronic Filing ("NEF") in the above-captioned case to:

>Michael D. Ricketts, Esq.
>Christopher M. Joe, Esq.
>Buether Joe & Carpenter, LLC
>1700 Pacific Avenue
>Suite 4750
>Dallas, TX 75201
>Telephone: (214) 730-5653
>Mickey.Ricketts@BJCIPLaw.com
>Chris.Joe @BJCIPLaw.com

> _/s/ Brian Grubb_
> An Employee of McDonald Carano LLP

4830-0606-8819, v. 3