| | |
|---|---|
| Craig A. Newby (Nevada Bar No. 8591)<br>**McDONALD CARANO, LLP**<br>2300 W. Sahara Ave., Ste. 1200<br>Las Vegas, NV 89102<br>Tel. (702) 873-4100<br>Fax (702) 873-9966<br>Email: cnewby@mcdonaldcarano.com<br><br>John B. Sganga, Jr. (Admitted *pro hac vice*)<br>Sean M. Murray (Admitted pro hac vice<br>Joshua Stowell (Admitted *pro hac vice*)<br>Justin J. Gillett (Admitted *pro hac vice*)<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>2040 Main Street, Fourteenth Floor<br>Irvine, CA 92614<br>Phone: (949) 760-0404<br>Facsimile: (949) 760-9502<br>Email: john.sganga@knobbe.com<br>Email: sean.murray@knobbe.com<br>Email: joshua.stowell@knobbe.com<br>Email: justin.gillett@knobbe.com<br><br>*Attorneys for Plaintiff*<br>*JS Products, Inc.* | **FOLEY & OAKES, PC**<br>Daniel T. Foley (Nevada Bar No. 1079)<br>626 So. 8th Street<br>Las Vegas, NV 89101<br>Telephone: (702) 384-2070<br>Facsimile: (702) 384-2128<br>Email: Dan@foleyoakes.com<br><br>**BUETHER JOE & CARPENTER, LLC**<br>ERIC W. BUETHER *(to be admitted pro hac vice)*<br>Email: Eric.Buether@BJCIPLaw.com<br>CHRISTOPHER M. JOE *(to be admitted pro hac vice)*<br>Email: Chris.Joe@BJCIPLaw.com<br>MICHAEL D. RICKETTS *(to be admitted pro hac vice)*<br>Email: Mickey.Ricketts@BJCIPLaw.com<br>1700 Pacific Avenue, Suite 4750<br>Dallas, Texas 75201<br>Telephone: (214) 466-1270<br>Facsimile: (214) 635-1842<br><br>*Attorneys for Defendant*<br>*ROLLER CLUTCH TOOLS, LLC* |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JS PRODUCTS, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ROLLER CLUTCH TOOLS, LLC,<br>a California limited liability company,<br><br>Defendant. | Case No. 2:17-cv-02615-GMN-NJK<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND TO RESPOND TO MOTION TO ENJOIN ROLLER CLUTCH TOOLS, LLC FROM PROSECUTING ITS CASE AGAINST DEFENDANT BEFORE THE UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF TEXAS**<br><br>**(Third Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(a), Local Rules 6-1 and 6-2, Defendant Roller Clutch Tools, LLC ("Roller Clutch" or "Defendant") has requested, and Plaintiff JS Products, Inc. ("JS Products" or "Plaintiff") has agreed to, a one week extension of time, until **December 15, 2017**, in which to file its response to Plaintiff's Complaint for Declaratory Judgment and Injunctive Relief, (ECF No. 1) (the "Complaint"). The parties previously filed a stipulation on December 1, 2017 (ECF No. 21) in which they agreed to extend Defendant's response deadline to December 8, 2017.

Defendant has also requested, and Plaintiff has agreed to, a one week extension of time, until **December 15, 2017**, in which to file its response to Plaintiff's Motion to Enjoin Roller Clutch Tools, LLC From Prosecuting its Case Against Lowe's Home Centers, LLC Before the United States District Court for the Eastern District of Texas (ECF No. 7) (the "Motion"). The parties previously filed a stipulation on December 1, 2017 (ECF No. 21) in which they agreed to extend Defendant's response deadline to December 8, 2017.

In light of the above extensions, Plaintiff has requested, and Defendant has agreed, to an extension, until January 5, 2018, to file its reply brief in support of the Motion.

Plaintiff has agreed to Defendant's requests, based on Defendant's stipulation that it will not argue that litigation filed in the United States District Court for the Eastern District of Texas styled *Roller Clutch Tools, LLC v. Lowe's Home Centers, LLC.*, C.A. No. 2:17-cv-00556-JRG, is further advanced than this litigation due to the Court's granting of these extensions of time, or due to activities initiated by Roller Clutch during the time period of the extension. Good cause otherwise exists for this Court to grant the extension, the third requested in this case by either party, because it allows the Parties to continue the settlement discussion in which they are presently engaged.

Plaintiff hereby stipulates that Defendant has until **December 15, 2017** to file its response to the Complaint, and until **December 15, 2017** to file its response to the Motion.

Defendant hereby stipulates that Plaintiff has until **January 5, 2018** to file its reply brief in support of the Motion.

| | | |
|---|---|---|
| 1 | Dated: December 8, 2017 | **MCDONALD CARANO LLP** |
| 2 | | */s/ Craig A. Newby*<br>Craig A. Newby (Nevada Bar No. 8591) |
| 3 | | 2300 W. Sahara Ave., Suite 1200<br>Las Vegas, NV 89102 |
| 4 | | Telephone: (702) 873-4100<br>Facsimile: (702) 873-9966 |
| 5 | | Email: cnewby@mcdonaldcarano.com |

John B. Sganga, Jr. (Admitted *pro hac vice*)
Sean M. Murray (Admitted *pro hac vice*)
Joshua Stowell (Admitted *pro hac vice*)
Justin J. Gillett (Admitted *pro hac vice*)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
Email: john.sganga@knobbe.com
Email: sean.murray@knobbe.com
Email: joshua.stowell@knobbe.com
Email: justin.gillett@knobbe.com

*Attorneys for Plaintiff*
*JS Products, Inc.*


**FOLEY & OAKES, PC**

*/s/ Daniel T. Foley*
Daniel T. Foley (Nevada State Bar No.1078)
626 So. 8th Street
Las Vegas, NV 89101
Telephone: (702) 384-2070
Facsimile: (702) 384-2128
Email: Dan@foleyoakes.com

Eric W. Buether *(to be admitted pro hac vice)*
Email: Eric.Buether@BJCIPLaw.com
Christopher M. Joe *(to be admitted pro hac vice)*
Email: Chris.Joe@BJCIPLaw.com
Michael D. Ricketts *(to be admitted pro hac vice)*
Email: Mickey.Ricketts@BJCIPLaw.com
**BUETHER JOE & CARPENTER, LLC**
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
Telephone: (214) 466-1270
Facsimile: (214) 635-1842

*Attorneys for Defendant*
*Roller Clutch Tools, LLC*

3

UNOPPOSED MOTION FOR EXTENSION OF TIME
CASE No 2:17-cv-02615-GMN-NJK

## ORDER

**IT IS SO ORDERED** this \_\_21\_\_ day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Foley & Oakes, PC, and that on December 7, 2017, I caused a true and correct copy of the foregoing **STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND TO RESPOND TO MOTION TO ENJOIN ROLLER CLUTCH TOOLS, LLC FROM PROSECUTING ITS CASE AGAINST DEFENDANT BEFORE THE UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF TEXAS**, to be served via the U.S. District Court's Notice of Electronic Filing ("NEF") in the above-captioned case to:

Craig A. Newby (Nevada Bar No. 8591)
MCDONALD CARANO LLP
2300 W. Sahara Ave., Ste. 1200
Las Vegas, NV 89102
Tel. (702) 873-4100
Fax (702) 873-9966
Email: cnewby@mcdonaldcarano.com

John B. Sganga, Jr. (pending *pro hac vice*)
Sean M. Murray (pending pro hac vice
Joshua Stowell (pending *pro hac vice*)
Justin J. Gillett (pending *pro hac vice*)
**K KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
Email: john.sganga@knobbe.com
Email: sean.murray@knobbe.com
Email: joshua.stowell@knobbe.com
Email: justin.gillett@knobbe.com

*Attorneys for Plaintiff*
*JS Products, Inc.*

/s/Liz Gould

27195780