Craig A. Newby (Nevada Bar No. 8591)
**McDONALD CARANO, LLP**
2300 W. Sahara Ave., Ste. 1200
Las Vegas, NV 89102
Tel. (702) 873-4100
Fax (702) 873-9966
Email: cnewby@mcdonaldcarano.com

John B. Sganga, Jr. (Admitted *Pro Hac Vice*)
Sean M. Murray (Admitted *Pro Hac Vice*)
Joshua Stowell (Admitted *Pro Hac Vice*)
Justin J. Gillett (Admitted *Pro Hac Vice*)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
Email: john.sganga@knobbe.com
Email: sean.murray@knobbe.com
Email: joshua.stowell@knobbe.com
Email: justin.gillett@knobbe.com

*Attorneys for Plaintiff,*
*JS Products, Inc.*

**FOLEY & OAKES, PC**
Daniel T. Foley (Nevada State Bar No. 1079)
626 So. 8th Street
Las Vegas, NV 89101
Telephone: (702) 384-2070
Facsimile: (702) 384-2128
Email: Dan@foleyoakes.com

**BUETHER JOE & CARPENTER, LLC**
ERIC W. BUETHER *(to be* Admitted *Pro Hac Vice)*
Email: Eric.Buether@BJCIPLaw.com
CHRISTOPHER M. JOE *(to be* Admitted *Pro Hac Vice)*
Email: Chris.Joe@BJCIPLaw.com
MICHAEL D. RICKETTS *(to be* Admitted *Pro Hac Vice)*
Email: Mickey.Ricketts@BJCIPLaw.com
1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
Telephone: (214) 466-1270
Facsimile: (214) 635-1842

*Attorneys for Defendant,*
*ROLLER CLUTCH TOOLS, LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JS PRODUCTS, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ROLLER CLUTCH TOOLS, LLC,<br>a California limited liability company,<br><br>Defendant. | Case No. 2:17-cv-02615-GMN-GWF<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Local Rules 6-1 and 6-2, Plaintiff JS Products, Inc. ("JS Products" or "Plaintiff") has requested, and Defendant Roller Clutch Tools, LLC ("Roller Clutch" or "Defendant") has agreed to, a one week extension of time, until **January 5, 2018**, in which to file its Response to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction Under Fed. R. Civ. P. 12(b)(2) and Improper Venue Under Fed. R. Civ. P. 12(b)(3). (ECF No. 30, "Motion"). This is the Parties' first request for an extension of the deadline to oppose the Motion. The Motion was originally filed on December 15, 2017 and the opposition is currently scheduled to be due on or before December 29, 2017.

Good cause exists for this Court to grant the extension because the Parties have reached an agreement in principle that settles all matters in controversy between them. The Parties respectfully and jointly request that this Court grant the requested extension to allow the agreement to be finalized, settlement obligations to be met and a dismissal stipulation to be filed with the Court.

The Parties hereby stipulate that Plaintiff has until **January 5, 2018** to file its Opposition to the Motion.

Dated: December 28, 2017     **MCDONALD CARANO LLP**

/s/ Amanda M. Perach
Craig A. Newby (Nevada Bar No. 8591)
Amanda M. Perach (Nevada Bar No. 12399)
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV  89102
Telephone:     (702) 873-4100
Email:  cnewby@mcdonaldcarano.com
Email:  aperach@mcdonaldcarano.com

John B. Sganga, Jr. (Admitted *Pro Hac Vice*)
Sean M. Murray (Admitted *Pro Hac Vice*)
Joshua Stowell (Admitted *Pro Hac Vice*)
Justin J. Gillett (Admitted *Pro Hac Vice*)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Email: john.sganga@knobbe.com
Email: sean.murray@knobbe.com
Email: joshua.stowell@knobbe.com
Email: justin.gillett@knobbe.com
***Attorneys for Plaintiff, JS Products, Inc.***

| | | |
|---|---|---|
| 1 | Dated: December 28, 2017 | **FOLEY & OAKES, PC** |
| 2 | | |
| 3 | | */s/ Daniel T. Foley*<br>Daniel T. Foley (Nevada State Bar No.1078)<br>626 So. 8th Street |
| 4 | | Las Vegas, NV 89101<br>Telephone: (702) 384-2070 |
| 5 | | Facsimile: (702) 384-2128<br>Email: Dan@foleyoakes.com |
| 6 | | |
| 7 | | Eric W. Buether *(to be* Admitted *Pro Hac Vice)*<br>Email: Eric.Buether@BJCIPLaw.com |
| 8 | | Christopher M. Joe *(to be* Admitted *Pro Hac Vice)*<br>Email: Chris.Joe@BJCIPLaw.com |
| 9 | | Michael D. Ricketts *(to be* Admitted *Pro Hac Vice)*<br>Email: Mickey.Ricketts@BJCIPLaw.com |
| 10 | | **BUETHER JOE & CARPENTER, LLC**<br>1700 Pacific Avenue, Suite 4750<br>Dallas, TX 75201 |
| 11 | | Telephone: (214) 466-1270<br>Facsimile: (214) 635-1842 |
| 12 | | |
| 13 | | ***Attorneys for Defendant, Roller Clutch Tools, LLC*** |

## ORDER

**IT IS SO ORDERED**.

DATED this 29 day of December, 2017

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on December 28, 2017, I caused a true and correct copy of the foregoing **STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (First Request)**, to be served via the U.S. District Court's Notice of Electronic Filing ("NEF") in the above-captioned case to:

Daniel T. Foley (Nevada State Bar No.1078)
626 So. 8th Street
Las Vegas, NV 89101
Telephone: (702) 384-2070
Facsimile: (702) 384-2128
Email: Dan@foleyoakes.com

Eric W. Buether *(to be admitted pro hac vice)*
Email: Eric.Buether@BJCIPLaw.com
Christopher M. Joe *(to be admitted pro hac vice)*
Email: Chris.Joe@BJCIPLaw.com
Michael D. Ricketts *(to be admitted pro hac vice)*
Email: Mickey.Ricketts@BJCIPLaw.com
**BUETHER JOE & CARPENTER, LLC**
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
Telephone: (214) 466-1270
Facsimile: (214) 635-1842

*Attorneys for Defendant,*
*Roller Clutch Tools, LLC*

/s/ Brian Grubb
4830-7947-4777, v. 7