1  Craig A. Newby (Nevada Bar No. 8591)
   **McDONALD CARANO, LLP**
2  2300 W. Sahara Ave., Ste. 1200
   Las Vegas, NV 89102
3  Tel. (702) 873-4100
   Fax (702) 873-9966
4  Email: cnewby@mcdonaldcarano.com

5  John B. Sganga, Jr. (Admitted *Pro Hac Vice*)
   Sean M. Murray (Admitted *Pro Hac Vice*)
6  Joshua Stowell (Admitted *Pro Hac Vice*)
   Justin J. Gillett (Admitted *Pro Hac Vice*)
7  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, Fourteenth Floor
8  Irvine, CA 92614
   Phone: (949) 760-0404
9  Facsimile: (949) 760-9502
   Email: john.sganga@knobbe.com
10 Email: sean.murray@knobbe.com
   Email: joshua.stowell@knobbe.com
11 Email: justin.gillett@knobbe.com

12 *Attorneys for Plaintiff,*
   *JS Products, Inc.*

13

14

**FOLEY & OAKES, PC**
Daniel T. Foley (Nevada State Bar No.
1079)
626 So. 8th Street
Las Vegas, NV 89101
Telephone:    (702) 384-2070
Facsimile:    (702) 384-2128
Email: Dan@foleyoakes.com

**BUETHER JOE & CARPENTER, LLC**
ERIC W. BUETHER *(to be Admitted Pro Hac Vice)*
Email: Eric.Buether@BJCIPLaw.com
CHRISTOPHER M. JOE *(to be Admitted Pro Hac Vice)*
Email: Chris.Joe@BJCIPLaw.com
MICHAEL D. RICKETTS *(to be Admitted Pro Hac Vice)*
Email: Mickey.Ricketts@BJCIPLaw.com
1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
Telephone:    (214) 466-1270
Facsimile:    (214) 635-1842

*Attorneys for Defendant,*
*ROLLER CLUTCH TOOLS, LLC*

15

16  ## IN THE UNITED STATES DISTRICT COURT

17  ## FOR THE DISTRICT OF NEVADA

18

19  JS PRODUCTS, INC., a Nevada corporation,

          Plaintiffs,

20

21          v.

22  ROLLER CLUTCH TOOLS, LLC,
    a California limited liability company,

23          Defendant.

24

25

26

27

28

Case No. 2:17-cv-02615-GMN-GWF

**STIPULATION REGARDING EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS; AND TO REPLY TO ITS MOTION TO ENJOIN ROLLER CLUTCH FROM PROSECUTING CASE AGAINST DEFENDANT BEFORE THE EASTERN DISTRICT TO TEXAS**

**(Second Request for Extension to Respond to Motion to Dismiss)**

**(Third Request for Extension to Reply to Its Motion to Enjoin Roller Clutch)**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Local Rules 6-1 and 6-2, Plaintiff JS Products, Inc. ("JS Products" or "Plaintiff") has requested, and Defendant Roller Clutch Tools, LLC ("Roller Clutch" or "Defendant") has agreed to, a two week extension of time, until **January 19, 2018**, for Plaintiff to file its Response to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction Under Fed. R. Civ. P. 12(b)(2) and Improper Venue Under Fed. R. Civ. P. 12(b)(3). (ECF No. 30, "Motion"). This is the Parties' second request for an extension of the deadline to oppose the Motion. The Motion was originally filed on December 15, 2017 and the opposition is currently scheduled to be due on or before January 5, 2018.

Further, Defendant has also agreed to, a two week extension of time, until **January 19, 2018**, for Plaintiff to file its Reply to Its Motion to Enjoin Roller Clutch Tools, LLC from Prosecuting its Case Against Defendant before the United States District Court for the Eastern District of Texas. (ECF No. 07, "Motion"). This is the Parties' third request for an extension of the deadline to oppose the Motion. The Motion was originally filed on October 20, 2017, the Opposition (ECF No. 29, "Opposition") was filed December 15, 2017 and the Reply is currently scheduled to be due on or before January 5, 2018.

**Good cause exists for this Court to grant the extension because the Parties have reached an agreement in principle that settles all matters in controversy between them**. The Parties respectfully and jointly request that this Court grant the requested extension to allow the agreement to be finalized, settlement obligations to be met and a dismissal stipulation to be filed with the Court.

Accordingly, the Parties hereby stipulate that Plaintiff has until **January 19, 2018** to file its Opposition to Defendant Roller Clutch's Motion to Dismiss for Lack of Personal Jurisdiction Under Fed. R. Civ. P. 12(b)(2) and Improper Venue Under Fed. R. Civ. P. 12(b)(3); and to Reply to Its Motion to Enjoin Roller Clutch Tools, LLC from Prosecuting its Case Against the Defendant in the matter before the United States District Court for the Eastern District of Texas.

Dated: January 4, 2018

**MCDONALD CARANO LLP**

*/s/ Craig A. Newby*

Craig A. Newby (Nevada Bar No. 8591)
Amanda M. Perach (Nevada Bar No. 12399)
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
Email: cnewby@mcdonaldcarano.com

John B. Sganga, Jr. (Admitted *Pro Hac Vice*)
Sean M. Murray (Admitted *Pro Hac Vice*)
Joshua Stowell (Admitted *Pro Hac Vice*)
Justin J. Gillett (Admitted *Pro Hac Vice*)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
Email: john.sganga@knobbe.com
Email: sean.murray@knobbe.com
Email: joshua.stowell@knobbe.com
Email: justin.gillett@knobbe.com

***Attorneys for Plaintiff, JS Products, Inc.***

-2-

Dated: January 4, 2018

**BUETHER JOE & CARPENTER, LLC**

_/s/ Michael D. Ricketts_
Daniel T. Foley (Nevada State Bar No.1078)
626 So. 8th Street
Las Vegas, NV 89101
**FOLEY & OAKES, PC**
Telephone: (702) 384-2070
Facsimile: (702) 384-2128
Email: Dan@foleyoakes.com

Eric W. Buether (*to be* Admitted *Pro Hac Vice*)
Email: Eric.Buether@BJCIPLaw.com
Christopher M. Joe (*to be* Admitted *Pro Hac Vice*)
Email: Chris.Joe@BJCIPLaw.com
Michael D. Ricketts (*to be* Admitted *Pro Hac Vice*)
Email: Mickey.Ricketts@BJCIPLaw.com
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
Telephone: (214) 466-1270
Facsimile: (214) 635-1842

*Attorneys for Defendant, Roller Clutch Tools, LLC*

**IT IS SO ORDERED.**

DATED this 12 day of January, 2018.  _____

Gloria M. Navarro, Chief Judge

UNITED STATES DISTRICT COURT

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on January 4, 2018, I caused a true and correct copy of the foregoing **STIPULATION REGARDING EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS; AND TO REPLY TO ITS MOTION TO ENJOIN ROLLER CLUTCH FROM PROSECUTING CASE AGAINST DEFENDANT BEFORE THE EASTERN DISTRICT TO TEXAS**, to be served via the U.S. District Court's Notice of Electronic Filing ("NEF") in the above-captioned case to:

Daniel T. Foley (Nevada State Bar No.1078)
626 So. 8th Street
Las Vegas, NV 89101
Telephone:     (702) 384-2070
Facsimile:      (702) 384-2128
Email: Dan@foleyoakes.com

Eric W. Buether *(to be admitted pro hac vice)*
Email: Eric.Buether@BJCIPLaw.com
Christopher M. Joe *(to be admitted pro hac vice)*
Email: Chris.Joe@BJCIPLaw.com
Michael D. Ricketts *(to be admitted pro hac vice)*
Email: Mickey.Ricketts@BJCIPLaw.com
**BUETHER JOE & CARPENTER, LLC**
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
Telephone:     (214) 466-1270
Facsimile:      (214) 635-1842

*Attorneys for Defendant,*
*Roller Clutch Tools, LLC*

/s/ Brian Grubb
An Employee of McDonald Carano LLP