| | |
|---|---|
| Craig A. Newby (Nevada Bar No. 8591)<br>**McDONALD CARANO, LLP**<br>2300 W. Sahara Ave., Ste. 1200<br>Las Vegas, NV 89102<br>Tel. (702) 873-4100<br>Fax (702) 873-9966<br>Email: cnewby@mcdonaldcarano.com<br><br>John B. Sganga, Jr. (Admitted *Pro Hac Vice*)<br>Sean M. Murray (Admitted *Pro Hac Vice*)<br>Joshua Stowell (Admitted *Pro Hac Vice*)<br>Justin J. Gillett (Admitted *Pro Hac Vice*)<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>2040 Main Street, Fourteenth Floor<br>Irvine, CA 92614<br>Phone: (949) 760-0404<br>Facsimile: (949) 760-9502<br>Email: john.sganga@knobbe.com<br>Email: sean.murray@knobbe.com<br>Email: joshua.stowell@knobbe.com<br>Email: justin.gillett@knobbe.com<br><br>*Attorneys for Plaintiff,*<br>*JS Products, Inc.* | **FOLEY & OAKES, PC**<br>Daniel T. Foley (Nevada State Bar No. 1079)<br>626 So. 8th Street<br>Las Vegas, NV 89101<br>Telephone: (702) 384-2070<br>Facsimile: (702) 384-2128<br>Email: Dan@foleyoakes.com<br><br>**BUETHER JOE & CARPENTER, LLC**<br>ERIC W. BUETHER *(to be* Admitted *Pro Hac Vice)*<br>Email: Eric.Buether@BJCIPLaw.com<br>CHRISTOPHER M. JOE *(to be* Admitted *Pro Hac Vice)*<br>Email: Chris.Joe@BJCIPLaw.com<br>MICHAEL D. RICKETTS *(to be* Admitted *Pro Hac Vice)*<br>Email: Mickey.Ricketts@BJCIPLaw.com<br>1700 Pacific Avenue, Suite 4750<br>Dallas, Texas 75201<br>Telephone: (214) 466-1270<br>Facsimile: (214) 635-1842<br><br>*Attorneys for Defendant,*<br>*ROLLER CLUTCH TOOLS, LLC* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JS PRODUCTS, INC., a Nevada corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>ROLLER CLUTCH TOOLS, LLC,<br>a California limited liability company,<br><br>        Defendant. | Case No. 2:17-cv-02615-GMN-GWF<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS; AND TO REPLY TO ITS MOTION TO ENJOIN ROLLER CLUTCH FROM PROSECUTING CASE AGAINST DEFENDANT BEFORE THE EASTERN DISTRICT TO TEXAS**<br><br>**(Third Request for Extension to Respond to Motion to Dismiss)**<br><br>**(Fourth Request for Extension to Reply to Its Motion to Enjoin Roller Clutch)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Local Rules 6-1 and 6-2, Plaintiff JS Products, Inc. ("JS Products" or "Plaintiff") has requested, and Defendant Roller Clutch Tools, LLC ("Roller Clutch" or "Defendant") has agreed to, a two week extension of time, until **February 2, 2018**, for Plaintiff to file its Response to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction Under Fed. R. Civ. P. 12(b)(2) and Improper Venue Under Fed. R. Civ. P. 12(b)(3). (ECF No. 30, "Motion"). This is the Parties' third request for an extension of the deadline to oppose the Motion. The Motion was originally filed on December 15, 2017 and the opposition is currently scheduled to be due on or before January 19, 2018.

Further, Defendant has also agreed to, a two week extension of time, until **February 2, 2018**, for Plaintiff to file its Reply to Its Motion to Enjoin Roller Clutch Tools, LLC from Prosecuting its Case Against Defendant before the United States District Court for the Eastern District of Texas. (ECF No. 07, "Motion"). This is the Parties' fourth request for an extension of the deadline to oppose the Motion. The Motion was originally filed on October 20, 2017, the Opposition (ECF No. 29, "Opposition") was filed December 15, 2017 and the Reply is currently scheduled to be due on or before January 19, 2018.

**Good cause exists for this Court to grant this final extension because the Parties have reached an agreement in principle that settles all matters in controversy between them**. Since submitting the last request for a time extension, the parties have exchanged several drafts of a comprehensive settlement agreement and are making progress toward reaching mutually agreeable language for several provisions in the agreement. The Parties respectfully and jointly request that this Court grant the requested extension to allow the parties to devote their full attention to finalizing the agreement, which will result in a dismissal stipulation being filed with the Court, and will moot the pending motions. **The parties are amenable to a status conference before the Court, should it desire a further update on the status of drafting a final, comprehensive settlement agreement.**

Accordingly, the Parties hereby stipulate that Plaintiff has until **February 2, 2018** to file its Opposition to Defendant Roller Clutch's Motion to Dismiss for Lack of Personal Jurisdiction Under Fed. R. Civ. P. 12(b)(2) and Improper Venue Under Fed. R. Civ. P.

12(b)(3); and to Reply to Its Motion to Enjoin Roller Clutch Tools, LLC from Prosecuting its Case Against the Defendant in the matter before the United States District Court for the Eastern District of Texas.

Dated: January 17, 2018

**MCDONALD CARANO LLP**

*/s/ Craig A. Newby*
Craig A. Newby (Nevada Bar No. 8591)
Amanda M. Perach (Nevada Bar No. 12399)
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
Email: cnewby@mcdonaldcarano.com

John B. Sganga, Jr. (Admitted *Pro Hac Vice*)
Sean M. Murray (Admitted *Pro Hac Vice*)
Joshua Stowell (Admitted *Pro Hac Vice*)
Justin J. Gillett (Admitted *Pro Hac Vice*)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
Email: john.sganga@knobbe.com
Email: sean.murray@knobbe.com
Email: joshua.stowell@knobbe.com
Email: justin.gillett@knobbe.com

***Attorneys for Plaintiff, JS Products, Inc.***

| | |
|---|---|
| Dated: January 17, 2018 | **BUETHER JOE & CARPENTER, LLC** |
| | */s/ Michael D. Ricketts*<br>Daniel T. Foley (Nevada State Bar No.1078)<br>626 So. 8th Street<br>Las Vegas, NV 89101<br>**FOLEY & OAKES, PC**<br>Telephone: (702) 384-2070<br>Facsimile: (702) 384-2128<br>Email: Dan@foleyoakes.com |
| | Eric W. Buether *(to be* Admitted *Pro Hac Vice)*<br>Email: Eric.Buether@BJCIPLaw.com<br>Christopher M. Joe *(to be* Admitted *Pro Hac Vice)*<br>Email: Chris.Joe@BJCIPLaw.com<br>Michael D. Ricketts *(to be* Admitted *Pro Hac Vice)*<br>Email: Mickey.Ricketts@BJCIPLaw.com<br>1700 Pacific Avenue, Suite 4750<br>Dallas, TX 75201<br>Telephone: (214) 466-1270<br>Facsimile: (214) 635-1842 |
| | ***Attorneys for Defendant, Roller Clutch Tools, LLC*** |

## ORDER

**IT IS SO ORDERED.**

DATED this 18 day of January, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on January 17, 2018, I caused a true and correct copy of the foregoing **STIPULATION REGARDING EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS; AND TO REPLY TO ITS MOTION TO ENJOIN ROLLER CLUTCH FROM PROSECUTING CASE AGAINST DEFENDANT BEFORE THE EASTERN DISTRICT TO TEXAS**, to be served via the U.S. District Court's Notice of Electronic Filing ("NEF") in the above-captioned case to:

>Daniel T. Foley (Nevada State Bar No.1078)
>626 So. 8th Street
>Las Vegas, NV  89101
>Telephone:     (702) 384-2070
>Facsimile:     (702) 384-2128
>Email:  Dan@foleyoakes.com
>
>Eric W. Buether *(to be admitted pro hac vice)*
>Email: Eric.Buether@BJCIPLaw.com
>Christopher M. Joe *(to be admitted pro hac vice)*
>Email: Chris.Joe@BJCIPLaw.com
>Michael D. Ricketts *(to be admitted pro hac vice)*
>Email: Mickey.Ricketts@BJCIPLaw.com
>**BUETHER JOE & CARPENTER, LLC**
>1700 Pacific Avenue, Suite 4750
>Dallas, TX  75201
>Telephone:     (214) 466-1270
>Facsimile:     (214) 635-1842
>
>*Attorneys for Defendant,*
>*Roller Clutch Tools, LLC*

>                               /s/ Brian Grubb
>                               An Employee of McDonald Carano LLP