Craig A. Newby (Nevada Bar No. 8591)
**McDONALD CARANO, LLP**
2300 W. Sahara Ave., Ste. 1200
Las Vegas, NV 89102
Tel. (702) 873-4100
Fax (702) 873-9966
Email: cnewby@mcdonaldcarano.com

John B. Sganga, Jr. (Admitted *Pro Hac Vice*)
Sean M. Murray (Admitted *Pro Hac Vice*)
Joshua Stowell (Admitted *Pro Hac Vice*)
Justin J. Gillett (Admitted *Pro Hac Vice*)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
Email: john.sganga@knobbe.com
Email: sean.murray@knobbe.com
Email: joshua.stowell@knobbe.com
Email: justin.gillett@knobbe.com

*Attorneys for Plaintiff,*
*JS Products, Inc.*

**FOLEY & OAKES, PC**
Daniel T. Foley (Nevada State Bar No. 1079)
626 So. 8th Street
Las Vegas, NV  89101
Telephone:    (702) 384-2070
Facsimile:    (702) 384-2128
Email:  Dan@foleyoakes.com


**BUETHER JOE & CARPENTER, LLC**
ERIC W. BUETHER *(to be* Admitted *Pro Hac Vice)*
Email: Eric.Buether@BJCIPLaw.com
CHRISTOPHER M. JOE *(to be* Admitted *Pro Hac Vice)*
Email: Chris.Joe@BJCIPLaw.com
MICHAEL D. RICKETTS *(to be* Admitted *Pro Hac Vice)*
Email: Mickey.Ricketts@BJCIPLaw.com
1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
Telephone:    (214) 466-1270
Facsimile:    (214) 635-1842

*Attorneys for Defendant,*
*ROLLER CLUTCH TOOLS, LLC*

McDONALD • CARANO • WILSON LLP
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE (702) 873-4100 • FAX (702) 873-9966

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JS PRODUCTS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROLLER CLUTCH TOOLS, LLC,<br>a California limited liability company,<br><br>Defendant. | Case No. 2:17-cv-02615-GMN-NJK<br><br>**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff JS Products, Inc.

("JS Products") and Defendant Roller Clutch Tools, LLC ("Roller Clutch"), by and through their

undersigned counsel, hereby agree and stipulate to dismiss this case <u>with prejudice</u>, with each party to bear its own attorneys' fees and costs.

Dated: February 1, 2018

**MCDONALD CARANO LLP**

*/s/ Craig A. Newby*
Craig A. Newby (Nevada Bar No. 8591)
Amanda M. Perach (Nevada Bar No. 12399)
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102
Telephone:　(702) 873-4100
Facsimile:　(702) 873-9966
Email: cnewby@mcdonaldcarano.com

John B. Sganga, Jr. (Admitted *Pro Hac Vice*)
Sean M. Murray (Admitted *Pro Hac Vice*)
Joshua Stowell (Admitted *Pro Hac Vice*)
Justin J. Gillett (Admitted *Pro Hac Vice*)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
Email: john.sganga@knobbe.com
Email: sean.murray@knobbe.com
Email: joshua.stowell@knobbe.com
Email: justin.gillett@knobbe.com

***Attorneys for Plaintiff, JS Products, Inc.***

4817-0748-3482, v. 1

McDONALD · CARANO · WILSON LLP
2300 WEST SAHARA AVENUE, SUITE 1200 · LAS VEGAS, NEVADA 89102
PHONE (702)873-4100 · FAX (702) 873-9966

1  Dated:  February 1, 2018

**BUETHER JOE & CARPENTER, LLC**

2

3

4  */s/ Daniel T. Foley*
Daniel T. Foley (Nevada State Bar No.1078)
626 So. 8th Street

5  Las Vegas, NV  89101
**FOLEY & OAKES, PC**

6  Telephone:     (702) 384-2070
Facsimile:      (702) 384-2128

7  Email:  Dan@foleyoakes.com

8  Eric W. Buether *(to be* Admitted *Pro Hac Vice)*

9  Email:  Eric.Buether@BJCIPLaw.com
Christopher M. Joe *(to be* Admitted *Pro Hac Vice)*

10  Email:  Chris.Joe@BJCIPLaw.com
Michael D. Ricketts *(to be* Admitted *Pro Hac Vice)*

11  Email:  Mickey.Ricketts@BJCIPLaw.com
1700 Pacific Avenue, Suite 4750

12  Dallas, TX  75201
Telephone:     (214) 466-1270

13  Facsimile:      (214) 635-1842

14

15  ***Attorneys for Defendant, Roller Clutch Tools, LLC***

16                              <u>ORDER</u>

17          **IT IS SO ORDERED.**

18  DATED this  5  day of February, 2018.

19  Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28

4817-0748-3482, v. 1

McDONALD • CARANO • WILSON LLP
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE (702)873-4100 • FAX (702) 873-9966

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on February 1, 2018, I caused a true and correct copy of the foregoing **STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE**, to be served via the U.S. District Court's Notice of Electronic Filing ("NEF") in the above-captioned case to:

Daniel T. Foley (Nevada State Bar No. 1078)
626 So. 8th Street
Las Vegas, NV 89101
Telephone:     (702) 384-2070
Facsimile:     (702) 384-2128
Email: Dan@foleyoakes.com

Eric W. Buether *(to be admitted pro hac vice)*
Email: Eric.Buether@BJCIPLaw.com
Christopher M. Joe *(to be admitted pro hac vice)*
Email: Chris.Joe@BJCIPLaw.com
Michael D. Ricketts *(to be admitted pro hac vice)*
Email: Mickey.Ricketts@BJCIPLaw.com
**BUETHER JOE & CARPENTER, LLC**
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
Telephone:     (214) 466-1270
Facsimile:     (214) 635-1842

*Attorneys for Defendant,*
*Roller Clutch Tools, LLC*

/s/ Elizabeth E. Helms
An Employee of McDonald Carano LLP

4817-0748-3482, v. 1